963 F.2d 386
 Control Specialties
v.
Armstrong
 NO. 91-8611
 United States Court of Appeals,
Eleventh Circuit.
 May 06, 1992
 
 1
 Appeal From: N.D.Ga.
 
 AFFIRMED
 
 2
 Federal Reporter. The Eleventh Circuit provides by rule that
 
 
 3
 unpublished opinions are not considered binding precedent.
 
 
 4
 They may be cited as persuasive authority, provided that a
 
 
 5
 copy of the unpublished opinion is attached to or
 
 
 6
 incorporated within the brief, petition or motion. Eleventh
 
 
 7
 ircuit Rules, Rule 36-2, 28 U.S.C.A.)